**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

BRIAN GOLSBY,
      Plaintiff,                      Civil Action No.1:13-cv-157

      vs.                         Spiegel, J.
                                 Bowman, M.J.

ROB JEFFREYS, *et al*,
      Defendants.

**ORDER**

This matter is before the Court on Plaintiff's motions to compel discovery of documents. (Doc. 20).  Upon careful review, the undersigned finds that Plaintiff's motions are in fact discovery requests that should not be filed with the Court.  Moreover, this action has yet to be served on Defendants, as such, Plaintiff's requests are also premature. For these reasons, Plaintiff's motion to compel (Doc. 20) is therefore **DENIED.**

      **IT IS SO ORDERED.**

                              *s/Stephanie K. Bowman*
                             Stephanie K. Bowman
                             United States Magistrate Judge